UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GIBRAN KHALIL EDWARDS, | ) | Case No. CV 11-8726 VAP(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| T. VIRGA, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Summarily Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

IT IS SO ADJUDGED.

DATED: October 28, 2011_____

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE